1 McGREGOR W. SCOTT
United States Attorney
2 LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 Social Security Administration
PETER THOMPSON
4 Special Assistant United States Attorney

5     333 Market Street, Suite 1500
    San Francisco, California 94105
6     Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
7     E-Mail: Peter.Thompson@ssa.gov

8 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA NEWTON,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | 1:07cv1405 AWI DLB<br><br>STIPULATION AND ORDER GRANTING<br>EXTENSION OF TIME TO RESPOND |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Defendant shall have a first extension of time of forty five (45) days to respond to Plaintiff's Complaint.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                                   Respectfully submitted,

Dated: January 25, 2008                                            /s/ Robert Ishikawa
                                                                           (As authorized via e-mail)
                                                                           ROBERT ISHIKAWA
                                                                           Attorney for Plaintiff

Dated: January 25, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Peter Thompson*
PETER THOMPSON
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **January 28, 2008**             **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE