**ROBERT ISHIKAWA - 90621**
5713 N. West Avenue, # 101
Fresno, California 93711
Telephone: (559) 432-9610

Attorney for THERESA NEWTON

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA NEWTON,          ) | 1:07-CV-01405 AWI DLB |
|         Plaintiff,          ) | |
|         v.                      ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE,      ) Commissioner of Social Security, ) | |
|         Defendant.        ) | |
| _____) | |

    Plaintiff cannot meet the deadline for filing plaintiff's opening brief which was mis-calendared for June 13, 2008, but was actually due on May 22, 2008, and is therefore requesting until July 7, 2008 to file her opening brief.

Dated: June  5 , 2008           /S/ THOMAS V. MILES for
                                _____
                                ROBERT ISHIKAWA
                                Attorney for Plaintiff, THERESA NEWTON

Dated: June  5 , 2008           /S/ CATHERINE LOO for
                                _____
                                PETER THOMPSON
                                Assistant Regional Counsel

    IT IS SO ORDERED.

    **Dated:   June 5, 2008**            **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

1