1  **ROBERT ISHIKAWA - 90621**
   5713 N. West Avenue, # 101
2  Fresno, California 93711
   Telephone: (559) 432-9610
3
   Attorney for THERESA NEWTON
4

5
## IN THE UNITED STATES DISTRICT COURT FOR THE
6
## EASTERN DISTRICT OF CALIFORNIA
7

8
   THERESA NEWTON,                         )   1:07-CV-01405 AWI DLB
9                                          )
                  Plaintiff,                )
10                                          )   STIPULATION AND ORDER TO
                  v.                        )   EXTEND TIME
11                                          )
   MICHAEL J. ASTRUE,                       )
12 Commissioner of Social Security,         )
                                            )
13                Defendant.                )
   _____)
14
        Plaintiff cannot meet the deadline for filing plaintiff's opening brief which is currently
15
   due on July 7, 2008, and is therefore requesting until August 7, 2008 to file her opening
16
   brief.
17

18
   Dated: July  2 , 2008              /S/ THOMAS V. MILES for
19                                    _____
                                      ROBERT ISHIKAWA
20                                    Attorney for Plaintiff, THERESA NEWTON

21 Dated: July  2 , 2008              /S/ SARAH RYAN
22                                    _____
                                      SARAH RYAN
                                      Assistant Regional Counsel
23      IT IS SO ORDERED.

24      **Dated:   July 2, 2008**           **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE
25

26

27

28