1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY J. LODGE (SBN 152205)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                              **FRESNO DIVISION**
10

11 THERESA NEWTON,                )   1:07-cv-1405-AWI-DLB
                                  )
12           Plaintiff,           )
                                  )   **STIPULATION AND ORDER TO EXTEND**
13      v.                        )   **TIME TO RESPOND TO PLAINTIFF'S**
                                  )   **OPENING BRIEF**
14 MICHAEL J. ASTRUE,             )
   Commissioner of Social         )
15 Security,                      )
                                  )
16           Defendant.           )
                                  )
17

18

19     IT IS HEREBY STIPULATED by the parties, through their

20 respective counsel, and with the approval of the Court as

21 provided below, that Defendant shall have a first extension of

22 time of thirty (30) days to respond to Plaintiff's Opening Brief

23 for Summary Judgment and/or Remand.

24     This is Defendant's first request for an extension of time

25 to respond to Plaintiff's Opening Brief for Summary Judgment

26 and/or Remand.  Defendant needs the additional time to further

27 review the file and prepare a responsive brief.

28                                 1

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S OPENING BRIEF

```
                                    Respectfully submitted,

Dated: September __,2008


                                    _____
                                    ROBERT ISHIKAWA
                                    Attorney for Plaintiff


Dated: September  4,2008            McGREGOR W. SCOTT
                                    United States Attorney



                                    /s/ Jeffrey J. Lodge
                                    Assistant U.S. Attorney
                                    Attorneys for Defendant
```

*Of Counsel*
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Assistant Regional Counsel

   IT IS SO ORDERED.

   **Dated:   September 8, 2008**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

2